```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX021537
Cashier ID: sq
Transaction Date: 08/27/2009
Payer Name: BURG SIMPSON....
-----------------------------------
CIVIL FILING FEE
 For: BURG SIMPSON....
 Amount:         $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

09-CV-2057

A fee of $45.00 will be assessed on
any returned check.
```