# RETURN OF SERVICE

Case No. 09CV02057-MSK-MEH

STATE OF COLORADO    )
                     ) ss.
City & County of Denver )

I, Elsie Sharpley, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served TYLER TECHNOLOGIES, INC., a true and correct copy of the within Summons In A Civil Action, together with Amended Complaint and Jury Demand and Civil Cover Sheet, by handing and delivering to KENETHA BISHOP personally, as Administrative Assistant/Designee to Capitol Corporate Services, Inc., as Registered Agent to TYLER TECHNOLOGIES, INC., at 1638 Pennsylvania Street, City of Denver, County of Denver, State of Colorado, on November 16, 2009 at 9:57 A.M.  KENETHA BISHOP being over the age of eighteen years.

Elsie Sharpley
Private Process Server

Subscribed and sworn before me on November 17, 2009.
My commission expires on 02-03-11.

Notary Public
438 Bannock Street
Denver, CO  80204