**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-02057-MSK-MEH

**DEANNA DOUGHERTY,**

    **Plaintiff,**

**v.**

**TYLER TECHNOLOGIES, Inc.,**

    **Defendants,**

---

**MOTION TO VACATE & RESCHEDULE SCHEDULING CONFERENCE
SET FOR DECEMBER 15, 2009 INCLUDING DEADLINES PER ORDER SETTING
RULE 16(b) SCHEDULING CONFERENCE AND RULE 26(f) PLANNING MEETING**

---

    Plaintiff, **DEANNA DOUGHERTY,** by and through her attorney, Rosemary Orsini of the law firm Burg Simpson Eldredge Hersh and Jardine, PC, requests the Court to Vacate and Reschedule Scheduling Conference presently scheduled for December 15, 2009 including associated deadlines for Rule 16(b) Scheduling Conference and Rule 26(f) Planning meeting for the reasons set forth below:

1. Plaintiff requests the Scheduling Conference be vacated and reset to January 20th, 2010 at 9.45 a.m. pursuant to the undersigned's office's phone conference with the Chamber's Clerk.

2. Plaintiff's Amended Complaint was filed with the Court on November 12, 2009.

3. Pursuant to F.R.C.P. 4 (m) Plaintiff has up to and including 120 days to serve complaint.

4. Plaintiff served her Complaint and Jury Demand on the Defendant on November 16, 2009.

5. Defendant has until December 7th, 2009 to file an answer.

6. Pursuant to the Court's Order of September 30, 2009 a Rule 16(b) Scheduling Conference is set for December 15, 2009 and a Rule 26(f) Planning Meeting is set for November 24, 2009.  Defendant's counsel remains unknown to Plaintiff, therefore, it was not possible to schedule a Planning Meeting pursuant the Minute Order.  In addition, the Defendant's Answer would be due only eight days before the Scheduling Conference.

7. Plaintiff requests that the Court vacate and reschedule the scheduling conference and its associated deadlines outlined in the Court's Order dated September 30, 2009 Setting Rule 16 (b) Scheduling Conference and Rule 26(f) Planning Meeting for January 20th, 2009 at 9.45 a.m.

Respectfully submitted this 30th day of November, 2009.

**BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.**

*Original signature of Rosemary Orsini on file at
Burg Simpson Eldredge Hersh & Jardine, P.C.*

s/Rosemary Orsini
Rosemary Orsini
40 Inverness Drive East
Englewood, CO 80112
(303) 792-5595
Attorney for Plaintiff