**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-02057-MSK-MEH

**DEANNA DOUGHERTY,**

    **Plaintiff,**

**v.**

**TYLER TECHNOLOGIES, Inc.,**

    **Defendants,**

---

**ORDER RE: MOTION TO VACATE & RESCHEDULE SCHEDULING CONFERENCE SET FOR DECEMBER 15, 2009 INCLUDING DEADLINES PER ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE AND RULE 26(f) PLANNING MEETING IN THE UNITED STATES DISTRICT COURT**

---

    THE COURT, having reviewed Plaintiff's Motion to Vacate & Reschedule Scheduling Conference including associated deadlines for Rule 16(b) Scheduling Conference and Rule 26(f) Planning meeting and being otherwise fully advised:

    HEREBY grants the Motion.

    DONE this _____th day of _____, 2009.

    BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE