IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-CV-02057 MSK-MEH,

DEANNA DOUGHERTY,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC.

    Defendant.

### DEFENDANT TYLER TECHNOLOGIES, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C.COLO.L.Civ.R. 7.4, Tyler Technologies, Inc., by and through its undersigned counsel, files its corporate disclosure statement and states that Tyler Technologies, Inc. has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated this 7th day of December, 2009.

    Respectfully submitted:

    By: s/ *Tarek F.M. Saad*
        Tarek F.M. Saad
        Jin, Schauer & Saad LLC
        600 17th Street, Suite 2700 South Tower
        Denver, Colorado 80202
        Telephone: 720.889.2211
        Fax: 720.889.2222
        tsaad@jinslaw.com

    and

-2-

Paulo B. McKeeby
  (***Pro Hac Vice* Application Pending**)
Texas Bar No. 00784571
John Bosco Texas Bar
  (***Pro Hac Vice* Application Pending**)
No. 24045533 MORGAN LEWIS &
BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX  75201-7347
Telephone:     214.466.4000
Facsimile:     214.466.4001
paulo.mckeeby@morganlewis.com
john.bosco@morganlewis.com

ATTORNEYS FOR DEFENDANT
TYLER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of December, 2009, a true and correct copy of the foregoing **DEFENDANT TYLER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT** has been e-filed with the Court via *ECF System*, and was served electronically via *ECF System* to the following:

>Rosemary Orsini
>Burg Simpson Eldredge Hersh & Jardine, PC
>40 Inverness Drive East
>Englewood, CO  80112

>*s/ Elizabeth J. Greenberg*