IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-CV-02057 MSK-MEH,

DEANNA DOUGHERTY,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC.

    Defendant.

---

**DEFENDANT TYLER TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

---

    COMES NOW, Defendant Tyler Technologies, Inc. ("Tyler") and files this motion to reschedule the current Scheduling Conference set for January 20, 2010, at 9:45 a.m. because lead counsel for Tyler has a conflict with that date. Counsel for Tyler has conferred with counsel for Plaintiff and cleared February 4, 2010, as an available date. Once the Scheduling Conference is set, lead counsel for Tyler would like to appear by telephone as provided for in the Court's Minute Order dated December 2, 2009, because lead counsel for Tyler is located in Dallas, Texas.

    1.    Plaintiff filed her Amended Complaint and Jury Demand on August 28, 2009. On December 7, 2009, Tyler filed its Answer.

    2.    Before Tyler's appearance in this case, a Scheduling Conference originally was set for December 15, 2009. On Plaintiff's motion, the Scheduling Conference was reset for January 20, 2010, at 9:45 a.m.

3. On January 5, 2010, the parties held their pre-scheduling conference meeting by telephone through their counsel and discussed the proposed scheduling order. They also discussed the rescheduling of the current Scheduling Conference and cleared February 4, 2010 as an available date.

4. Counsel for Tyler resides in Dallas, Texas. Accordingly, counsel for Tyler respectfully requests permission to attend the Scheduling Conference via telephone and, pursuant to the December 2, 2009 Minute Order, will contact chambers to arrange for telephonic appearance after the Scheduling Conference is confirmed for a particular date and time.

WHEREFORE, Defendant Tyler Technologies, Inc. respectfully requests the Court enter an order rescheduling the Scheduling Conference from January 20, 2010, to February 4, 2010.

Dated this 11th day of January, 2010.

Respectfully submitted:

By: s/ *Tarek F.M. Saad*
    Tarek F.M. Saad
    Jin, Schauer & Saad LLC
    600 17th Street, Suite 2700 South Tower
    Denver, Colorado  80202
    Telephone:  720.889.2211
    Fax:  720.889.2222
    tsaad@jinslaw.com

    and

    Paulo B. McKeeby, Texas Bar No. 00784571
    John Bosco, Texas Bar No. 24045533
    MORGAN LEWIS & BOCKIUS LLP
    1717 Main Street, Suite 3200
    Dallas, TX  75201-7347
    Telephone:  214.466.4000
    Facsimile:  214.466.4001
    paulo.mckeeby@morganlewis.com
    john.bosco@morganlewis.com

    ATTORNEYS FOR DEFENDANT
    TYLER TECHNOLOGIES, INC.

-3-

**CERTIFICATE OF SERVICE**

      This is to certify that on the 11th day of January, 2010, a true and correct copy of the foregoing **DEFENDANT TYLER TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE** has been e-filed with the Court via *ECF System*, and was served electronically via *ECF System* to the following:

    Rosemary Orsini
    Burg Simpson Eldredge Hersh & Jardine, PC
    40 Inverness Drive East
    Englewood, CO  80112

                                     *s/ Elizabeth J. Greenberg*