IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No.  09-cv-02057-MSK-MEH | Date:   February 4, 2010 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| DEANNA DOUGHERTY, | Rosemary Orsini |
| Plaintiff, | |
| v. | |
| TYLER TECHNOLOGIES, INC., | Paulo B. McKeeby (by telephone) |
| | John D. Bosco (by telephone) |
| Defendant. | Tarek F. M. Saad |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING CONFERENCE**

**Court in session:**       **9:58 a.m.**

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Rule 26(a)(1) Disclosures:**   February 4, 2010

Counsel present in the courtroom are provided with a copy of Judge Marcia S. Krieger's practices and procedures.

**Settlement Conference:**       **April 27, 2010, at 9:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  In exceptional circumstances only, the appearance of the insurance representative by telephone may be approved in advance of the conference. Any party seeking such relief should file the appropriate motion with the Court.  Each party shall submit a Confidential Settlement Statement  to Magistrate Judge Hegarty **on or before April 20, 2010,** outlining the facts and issues in the

        case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

**TRIAL:**

By separate order from Judge Marcia S. Krieger's chambers, counsel will be notified of the Pretrial Conference and trial dates.

**Court in recess:**  **10:04 a.m.**  **(Hearing concluded)**
**Total time in Court:** 0:06