IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-CV-02057 MSK-MEH,

DEANNA DOUGHERTY,

        Plaintiff,

v.

TYLER TECHNOLOGIES, INC.

        Defendant.

## DEFENDANT TYLER TECHNOLOGIES, INC.'S
## UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

COMES NOW, Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler") and files this motion to reschedule the current settlement conference set for April 27, 2010, at 9:00 a.m. Tyler's client representative with settlement authority has a conflict with this date and is unable to appear in person at the settlement conference as provided for in the Court's Minute Order dated February 4, 2010.

Counsel for Plaintiff and Tyler have conferred and Plaintiff's counsel does not oppose this Motion to Reschedule. Both parties and their counsel are available on April 29, 2010 to participate in the settlement conference.

WHEREFORE, Defendant Tyler Technologies, Inc. respectfully requests the Court enter an order rescheduling the settlement conference from April 27, 2010, to April 29, 2010.

-2-

Dated this 17th day of February, 2010.

                                        Respectfully submitted:

                                        By: *s/ Tarek F.M. Saad*
                                            Tarek F.M. Saad
                                        Jin, Schauer & Saad LLC
                                        600 17th Street, Suite 2700 South Tower
                                        Denver, Colorado 80202
                                        Telephone: 720.889.2211
                                        Fax: 720.889.2222
                                        tsaad@jinslaw.com

                                        and

                                        Paulo B. McKeeby, Texas Bar No. 00784571
                                        John Bosco, Texas Bar No. 24045533
                                        MORGAN LEWIS & BOCKIUS LLP
                                        1717 Main Street, Suite 3200
                                        Dallas, TX 75201-7347
                                        Telephone: 214.466.4000
                                        Facsimile: 214.466.4001
                                        paulo.mckeeby@morganlewis.com
                                        john.bosco@morganlewis.com

                                        ATTORNEYS FOR DEFENDANT
                                        TYLER TECHNOLOGIES, INC.

-3-

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of February, 2010, a true and correct copy of the foregoing **DEFENDANT TYLER TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE** has been e-filed with the Court via *ECF System*, and was served electronically via *ECF System* to the following:

Rosemary Orsini
Burg Simpson Eldredge Hersh & Jardine, PC
40 Inverness Drive East
Englewood, CO  80112

*s/ Elizabeth J. Greenberg*