IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02057-MSK-MEH

**DEANNA DOUGHERTY,**

 **Plaintiff,**

v.

**TYLER TECHNOLOGIES, Inc.,**

 **Defendants,**

---

### UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL
---

The undersigned counsel for Plaintiff, Kevin Bemis of the law firm of BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C., pursuant to D.C.Colo.LCivR 83.3(D) hereby files his Motion to Withdraw, and in support thereof states as follows:

### CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L. CIV. R. 7.1

Pursuant to D.C. Colo.L.Civ.R. 7.1, counsel for Plaintiff conferred with counsel for Defendants on March 4, 2010 via telephone regarding this Motion. Counsel for Defendants advise they have no objection to the relief sought herein.

1. The undersigned co-counsel for Plaintiff, Kevin Bemis of the law firm Burg Simpson Eldredge Hersh and Jardine, P.C. hereby respectfully seeks approval of this Court to withdraw as counsel for the Plaintiff in the above-captioned case.

2. The reason for seeking to withdrawal is because lead counsel in this matter, Rosemary Orsini, is no longer affiliated with the law firm of Burg Simpson Eldredge Hersh and Jardine, P.C. Rosemary Orsini is now affiliated with Berenbaum Weinshienk, P.C., 370

17th St., Republic Plaza, 48th Floor, Denver, CO 80202, (303)825-0800. <u>Ms. Orsini will continue to represent Plaintiff on this case</u>.

3. Warning to client: If the Court grants this motion and you are not represented by counsel, you are personally responsible for complying with all court orders and time limitations established by applicable rules. You have the responsibility of keeping the Court informed where notices, pleadings, or other papers may be served. If you fail to meet these burdens, you may suffer possible default.

<u>However, as stated above Rosemary Orsini will continue to act as your legal counsel in this matter and may be contacted at the address and phone number listed above.</u>

### Written Notification Certificate

1. The notification requirements of D.C.COLO.LCivR 83.3 have been met.

2. A copy of this Motion to Withdraw including required notices to the client was mailed to the client, postage prepaid, U.S. Mail on March 10, 2010.

3. Client's last known address and telephone number are:

Deanna Dougherty

5502 West 3rd Ave.

Lakewood, Co 80226

Cell:   303-596-0810

Email: deanna.dougherty@gmail.com

Respectfully submitted this 10th day of March 2010.

>Respectfully submitted,
>BURG SIMPSON
>ELDREDGE HERSH & JARDINE, P.C.
>*Original signature on file at Burg Simpson Eldredge Hersh & Jardine, P.C.*
>
>/s/ Kevin Bemis
>Kevin Bemis
>40 Inverness Drive East
>Englewood, Colorado 80112
>Telephone:   303-792-5595
>Facsimile:    303-708-0527

## CERTIFICATE OF SERVICE

I hereby certify that on that on this 10th day of March 2010, a true and correct copy of the above **MOTION TO WITHDRAW** was filed and served *via CM/ECF* as follows:

Tarek F.M. Saad
JIN, SCHAUER & SAAD LLC
600 17th Street, Suite 2700 South Tower
Denver, Colorado  80202
Telephone: 720.889.2211
Facsimile: 720.889.2222
tsaad@jinslaw.com

and

Paulo B. McKeeby (Pro Hac Vice)
Texas Bar No. 00784571
John Bosco (Pro Hac Vice)
Texas Bar No. 24045533
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX  75201-7347
Telephone:   214.466.4000
Facsimile:    214.466.4001
paulo.mckeeby@morganlewis.com
john.bosco@morganlewis.com

/s/ Carmen Paris-Blauvelt
Carmen Paris-Blauvelt

3