IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02057-MSK-MEH

**DEANNA DOUGHERTY,**

    **Plaintiff,**

v.

**TYLER TECHNOLOGIES, Inc.,**

    **Defendants,**

---

## ORDER RE: UNOPPOSED MOTION TO WITHDRAW
## FOR ATTORNEY KEVIN BEMIS AS CO-COUNSEL

---

**THIS MATTER**, having come before the Court on the Motion to Withdraw of Plaintiff's co-counsel Kevin Bemis of the law firm Burg Simpson Eldredge Hersh and Jardine, P.C., and the Court being otherwise fully advised, hereby

**GRANTS** the Motion to Withdraw of Plaintiff's co-counsel Kevin Bemis of the law firm Burg Simpson Eldredge Hersh and Jardine, P.C., and **ORDERS** that Kevin Bemis be removed from the list of attorneys of record for Plaintiff in the above-captioned matter. All service of process for Plaintiff may be served upon:

Rosemary Orsini, Esq.

Berenbaum Weinshienk, P.C.

370 17th St., Republic Plaza, 48th Floor

Denver, CO 80202

(303)825-0800.

**DATED** this _____ day of _____, 2010.

                                      **BY THE COURT:**

                                      _____

                                      Judge