IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02057-MSK-MEH

DEANNA DOUGHERTY,

      Plaintiff,

v.

TYLER TECHNOLOGIES, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 11, 2010.**

      The Unopposed Motion to Withdraw as Co-Counsel [filed March 10, 2010; docket #24] is **granted**. Kevin Bemis is hereby permitted to withdraw as counsel of record for Plaintiff. Rosemary Orisini will continue to represent Plaintiff in this matter.