**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-02057 MSK-MEH

**DEANNA DOUGHERTY,**
     **Plaintiff,**

**v.**

**TYLER TECHNOLOGIES, INC.**
     **Defendant,**

---

**NOTICE OF CHANGE OF FIRM AFFILIATION**

---

PLEASE TAKE NOTICE that attorney for Plaintiffs, Rosemary Orsini, has left the firm of Burg Simpson, et al, and is now affiliated with Berenbaum Weinshienk, PC, with the following contact information:

   Rosemary Orsini
   BERENBAUM WEINSHIENK, PC
   370 Seventeenth St., #4800
   Denver, CO  80202

   DATED this ____ day of March, 2010.

                              Respectfully submitted,

                              **BERENBAUM WEINSHIENK, PC**

                              *Original signature on file at Berenbaum*
                              *Weinshienk, PC*



                               s/ *Rosemary Orsini*
                              Rosemary Orsini
                              370 Seventeenth Street, Suite 4800
                              Denver, Colorado 80202
                              Telephone: (303) 592-8305
                              Facsimile: (303) 629-7610

## CERTIFICATE OF SERVICE

I hereby certify that on this day of ___ day of March, 2010, a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION** was served via e-mail transmission upon the following counsel of record:

Tarek F.M. Saad
Jin, Schauer & Saad LLC
600 17th Street, Suite 2700 South Tower
Denver, CO  80202
tsaad@jinslaw.com

Paulo B. McKeeby
John Bosco
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX  75201-7347
Paulo.mckeeby@morganlewis.com
John.bosco@morganlewis.com

*Original document on file at Berenbaum Weinshienk, P.C.*

*/s /*
Sherrol S. Soltero

2