**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: April 30, 2010

RE: *Dougherty v. Tyler Technologies, Inc.*, 09-cv-02057-MSK-MEH

    ____ A settlement conference was held on this date, and no settlement has been reached as to any claims in this action.

    _X_ A settlement conference was held on April 29, 2010, and a settlement was reached as to

        _X_ All claims in this action. The parties shall file a stipulated motion to dismiss on or before **May 28, 2010**.

        ____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and pre-conference preparation time involved: 6 hours 30 minutes.

    _X_ A record was made        ____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    ____ Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions and an in-person conference, since the prior conference.

Negotiation time involved: __ hours __ minutes.