## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02057 MSK-MEH

**DEANNA DOUGHERTY,**
  **Plaintiff,**

**v.**

**TYLER TECHNOLOGIES, INC.**
  **Defendant,**

---

### STIPULATED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff, Deanna Dougherty, and Defendant, Tyler Technologies, Inc., by and through their respective counsel, Rosemary Orsini, of Berenbaum Weinshienk, PC, and John Bosco, of Morgan Lewis & Bockius LLP, that the parties request that they have until June 30, 2010 to file a Stipulation for Dismissal with Prejudice. The following is stated in support thereof:

1. The parties have informed the Court they have reached a settlement agreement.

2. The parties are diligently working together to complete the settlement agreement and associated attachments.

3. Counsel and the respective clients believe the final terms and conditions of the settlement will be resolved with minimal delay.

WHEREFORE, the Parties respectfully request this Court to grant the Stipulated Motion for Extension of Time to file a Stipulation for Dismissal with Prejudice

DATED this 28th day of May, 2010.

Respectfully submitted,

| **BERENBAUM WEINSHIENK, PC** | **MORGAN LEWIS & BOCKIUS LLP** |
|---|---|
| *Original signature on file at Berenbaum Weinshienk PC* | *Original signature on file at Morgan Lewis & Bockius LLP* |
| s/ *Rosemary Orsini* | s/ *John Bosco* |
| Rosemary Orsini | John Bosco |
| 370 Seventeenth Street, Suite 4800 | 1717 Main Street, Suite 3200 |
| Denver, Colorado 80202 | Dallas, TX 75201-7347 |
| Telephone: (303) 592-8305 | Telephone: (214) 466-4000 |
| Facsimile: (303) 629-7610 | Facsimile: (214) 466-4001 |

2