IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-CV-02057 MSK-MEH,

**DEANNA DOUGHERTY,**
        **Plaintiff,**

v.

**TYLER TECHNOLOGIES, INC.**
        **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff
Deanna Dougherty ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant") file this
their Joint Stipulation of Dismissal with Prejudice and hereby dismiss the above-entitled action
with prejudice.  Accordingly, each of the parties to this lawsuit respectfully request that the
Court enter an Order dismissing the action with prejudice and each party will bear their own
costs.

Respectfully submitted,

Rosemary Orsini
**BERENBAUM WEINSHIENK PC**
370 17th Street, Republic Plaza, 48th Floor
Denver, CO 80202
Tel:    303-825-0800
Fax:    303-629-7610
ROrsini@bw-legal.com

**ATTORNEYS FOR PLAINTIFF**

Tarek F.M. Saad
**JIN, SCHAUER & SAAD LLC**
600 17th Street, Suite 2700
South Tower
Denver, CO 80202
Tel:    720-889-2211
Fax:    720-889-2222
tsaad@jinslaw.com

Paulo B. McKeeby
TX State Bar No. 00784571
(Admitted *Pro Hac Vice*)
John D. Bosco
TX State Bar No. 24045533
(Admitted *Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
Tel:    214-466-4000
Fax:    214-466-4001
paulo.mckeeby@morganlewis.com
john.bosco@morganlewis.com

**ATTORNEYS FOR DEFENDANT**