IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-CV-02057 MSK-MEH

**DEANNA DOUGHERTY,**
  Plaintiff,

v.

**TYLER TECHNOLOGIES, INC.**
  Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the parties' Joint Stipulation of Dismissal with Prejudice. Having reviewed the file, and otherwise being familiar with the case, the Court grants the parties' Joint Stipulation of Dismissal with Prejudice.

It is therefore **ORDERED** this case is dismissed **WITH PREJUDICE.** Each party will bear its own attorneys' fees and costs.

_____
JUDGE PRESIDING